James A. D'ANGELO, Sr., and Carolyn D'Angelo, Petitioners

v.

JP MORGAN CHASE BANK, N.A., Respondent

No. 342 MAL 2017

Supreme Court of Pennsylvania.

September 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**